**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NASRA ELGAWLY,

Plaintiff,

vs.                                         Case No.: 2:11−CV−03848−CCC −JAD

VALENTINE & KEBARTAS,
INC.,

Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: December 22, 2011              Respectfully submitted,


                                      /s Andrew I. Glenn_____
                                      Andrew I. Glenn
                                      E-mail:  AGlenn@cardandglenn.com
                                      New Jersey Bar No.: 026491992
                                      Card & Glenn, P.A.
                                      The Five Corners Building
                                      660 Newark Avenue, Floor 3
                                      Jersey City, NJ 07306
                                      Telephone:  (201) 254-5009
                                      Facsimile:  (201)643-5959
                                      Attorneys for Plaintiff


So Ordered
s/Claire C. Cecchi